# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN E BALOGH,

    Plaintiff,

v.                                        CASE NO. 8:18-cv-1810-T-02AAS

HOME DEPOT U.S.A., INC.,

    Defendant.
_____/

## **O R D E R**

This cause came before the Court at the hearing held August 16, 2019, on Defendant's motion to dismiss the case for fraud (Dkt. 25). For the reasons discussed on the record, the Court finds, by clear and convincing evidence, Plaintiff committed fraud on the Court and perjured himself. His testimony and discovery responses as to his medical history and the injuries and their cause were material, and false.

In accord with this Court's admonition that the case would be dismissed with prejudice and the Court's duty to protect the integrity of the judicial system, this case is dismissed with prejudice. *See Parcher v. Gee*, No. 8:09-cv-857-T-23TGW, 2016 WL 7446630, at *8-11 (M.D. Fla. Oct. 19, 2016) (granting motion

to dismiss with prejudice based on fraud on the court and citing *Chemtall Inc. v. Citi-Chem, Inc.*, 992 F.Supp. 1390, 1408 (S.D. Ga. 1998)), *adopted by* 2016 WL 7440922 (M.D. Fla. Dec. 27, 2016). Any lesser sanction would be ineffective.

Accordingly, Defendant's Motion to Dismiss Case for Fraud Upon the Court (Dkt. 25) is granted. The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant and close the case.

**DONE AND ORDERED** at Tampa, Florida, on August 27, 2019.

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record